UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BYRON MYLES                                          CIVIL ACTION

VERSUS                                               NO.  26-1112

FCI OAKDALE, RIVERSIDE                               SECTION "M" (5)
HOSPITAL, *et al.*

## ORDER

Having considered the complaint, the record, the applicable law, the magistrate judge's

Report and Recommendation ("R&R"),[1] and the failure of any party to file an objection to the

R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter.  Therefore,

IT IS ORDERED that the federal civil rights complaint filed by Byron Myles is

TRANSFERRED to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 13th day of July, 2026.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 5.